UNITED STATES DISTRICT COURT JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-3160-JFW (AJWx)** Date:  September 30, 2009

Title:   Miyo S.M. Takemoto -v- Aurora Loan Services, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:** **ATTORNEYS PRESENT FOR DEFENDANTS:**
None None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

 Pursuant to the Court's Order ("Order") filed on July 31, 2009,  the parties were to file a Joint Rule 26(f) Report on September 24, 2009.  The parties have violated the Court's Order by failing to file the Joint Rule 26(f) Report.

 As a result of the parties' violation of the Court's Order, this action is hereby **DISMISSED without prejudice**.  *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

 IT IS SO ORDERED.